United States District Court
Southern District of Texas
**ENTERED**
June 16, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROSETTA PEACOCK, ET AL., § § Plaintiffs. § § VS. § § DEUTSCHE BANK NATIONAL TRUST § COMPANY, ET AL., § § Defendants. § | CIVIL ACTION NO. 4:20-cv-03945 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 12, 2022, the Court referred Defendants' Motion to Enforce Settlement Agreement (Dkt. 23) to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 27. On April 19, 2022, Judge Edison filed a Memorandum and Recommendation, recommending that the Court grant Defendants' Motion to Enforce Settlement Agreement. *See* Dkt. 28.

No objections to the Memorandum and Recommendation have been filed. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 28) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Enforce Settlement Agreement (Dkt. 23) is **GRANTED**.

It is so **ORDERED**.

SIGNED this 16th day of June 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE